UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DUNHAM, | |
|     Petitioner, | 3:05-cv-0183-LRH-RAM |
| vs. | |
| JACKIE CRAWFORD, *et al.*, | **ORDER** |
|     Respondents. | |

    Petitioner has filed his Notice of Abandonment of unexhausted issues (docket #19), indicating his abandonment of Ground 1, as to Double Jeopardy, Ground 2, as to Equal Protection, and all of Ground Three. This abandonment is in compliance with the Court's previous Order. Thus, respondents shall now be directed to file their Answer to the remaining grounds for relief.

    **IT IS THEREFORE ORDERED** that respondents shall have forty-five days from entry of this order to file their Answer to the surviving grounds of the petition. Thereafter, petitioner shall have thirty days to reply.

    Dated this 21st day of December, 2005.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE