AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICHARD DUNHAM,

      Petitioner,

V.

JACKIE CRAWFORD, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:05-cv-00183-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.


   March 4, 2008                                         **LANCE S. WILSON**
                                                        Clerk

                                                     /s/ Kalani Lizares
                                                      Deputy Clerk